U.S. District Court

Case# 1: 98CR00019-01T

Luis A. Rivera I.D# 04542070
37 Sibley St
Prov. RI 02907

V.

United States of America
David (Burrelli In his capacity as Probation officer)
U.S. Probation Office
2 Exchange Terrace - 3rd Floor
Providence, RI 02903

# Injunction Relief

I am working 8 hrs. a day Staying out of any type of trouble. My sister is helping me by giving me a job. I am able to have a place to live, food, Phone, ext. She gives me the amount of money I need to pay my fine →

Mr. David Borrelli (my probation officer) who had given me permission to work with my sister is giving me orders to find a job. I have no skills, I have a bad record and I have looked for different jobs and no one wants to hire me. I am under a lot of stress and depression because I went thru a lot of unusual things while a prisoner. I need to take care of my emotional stage. My sister has become my case worker. I already

(3)

went to Social Security, to The Doctor whom recommendad that I see a phychologist or phychiatry at the Providence Center. For my best Interest and for the best Interest of my Society (most Importantly) Society as a whole I will respectfully Request This Court to let me seek treatment and not violate my Suspended sentence, because of my Situation mentally. Please let me explain more details to you.

Louis A. Rivera

3-1-06