PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island
## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Luis A. Rivera **Case Number:** 1:98CR00019-01T

**Name of Sentencing Judicial Officer:** Honorable Ernest C. Torres

**Date of Original Sentence:** December 7, 1998

**Original Offense:** Count I: Felon in Possession of a Firearm, Count II: Possession with Intent to Distribute Heroin, Count III: Possession with Intent to Distribute Cocaine, and Count IV: Use and Carrying of a Firearm During and in Relation to a Drug Trafficking Crime.

**Original Sentence:** Counts I - III: Seventy months incarceration, three years supervised release and a $300 special assessment. Count IV: Sixty months incarceration to run consecutively with Counts I - III, and three years supervised release to run concurrently with Counts I - III, a $100 special assessment and a $9,189.92 fine.

**Date of Amended Sentence:** February 1, 2002

**Amended Sentence:** Counts I - III: Forty months incarceration, three years supervised release with a special condition to pay the cost of supervision at a rate of $249.72 per month and a $300 special assessment. Count IV: Sixty months incarceration and three years supervised release to run concurrently with Counts I - III, a $100 special assessment and a $9,189.92 fine.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** January 13, 2006

**Assistant U.S. Attorney:** Gerard B. Sullivan **Defense Attorney:** James T. McCormick

---

### PETITIONING THE COURT

☒ To issue a **Warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Condition Violated** **Nature of Noncompliance**

**Standard Condition**

**"While on supervision, the defendant shall not commit another federal, state, or local crime."**

On September 14, 2006, Mr. Rivera committed the offense of Reckless Driving.

| | |
|---|---|
| **Condition # 9** | **"The defendant shall not associate with any persons engaged in criminal activity."** <br><br> On September 14, 2006, Mr. Rivera operated a motor vehicle occupied by Angel L. Paneto, an individual who was in possession of a plastic bag of marijuana. |
| **Condition # 11** | **"The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."** <br><br> Mr. Rivera failed to notify the U.S. Probation Department of his September 14, 2006, arrest for Reckless Driving. |
| **Standard Condition** | **"While on supervision, the defendant shall not commit another federal, state, or local crime."** <br><br> On September 26, 2006, Mr. Rivera committed the offense of Manufacture/Delivery/Possession of a Schedule I/II Controlled Substance (Cocaine). |
| **Standard Condition** | **"While on supervision, the defendant shall not illegally possess a controlled substance."** <br><br> On September 26, 2006, Mr. Rivera advised United States Probation Officer David S. Borrelli that he had a small bag of marijuana in his home as well as the remains of an "eight ball" of cocaine. |

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Warrant so that the defendant can appear and answer to the alleged violations.

| | |
|---|---|
| Reviewed and Approved by: | I declare under the penalty of perjury that the foregoing is true and correct. |
| Kurt E. O'Sullivan | David S. Borrelli |
| Kurt E. O'Sullivan<br>Supervising U.S. Probation Officer | David S. Borrelli<br>U.S. Probation Officer |
| Date: 10/13/06 | Date: 10/13/2006 |

## The Court Orders

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Ernest C. Torres

Honorable Ernest C. Torres
Chief U.S. District Judge

10/17/06
Date